HOTEL EDISON CORPORATION, Appellant, *v.* DEEMS TAYLOR, as President of American Society of Composers, Authors and Publishers, Respondent.

Argued October 4, 1945; decided October 26, 1945.

582

*John W. Davis, William R. Meagher, William Klein, Milton R. Weir* and *Adolph Lund* for appellant.

*Louis D. Frohlich, Arthur H. Schwartz* and *Herbert P. Jacoby* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.